UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAYNE BRIDGEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NASTRAN HASHEMI,<br><br>    Defendant. | No. 1:16-cv-01399-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND TO DIRECT PLAINTIFF TO PAY $400 FILING FEE<br><br>(Doc. Nos. 2, 8) |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2016, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed in forma pauperis be denied and that plaintiff be required to pay the filing fee in full to proceed with this action. (Doc. No. 8.) Those findings and recommendations provided plaintiff with fourteen days within which to file objections thereto. On December 13, 2016, plaintiff filed his objections. (Doc. No. 9.) Therein, plaintiff states only that he is unable to pay the full filing fee, that he has been diagnosed with bipolar disorder and schizophrenia, and that he is "illiterate when it comes to the Law." (*Id.*)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of this case. Having carefully reviewed the entire file, including plaintiff's

1  objections, the court finds the findings and recommendations to be supported by the record and
2  by proper analysis.  In his objections plaintiff does not dispute that on at least three prior
3  occasions he has incurred so-called "strikes" within the meaning of 28 U.S.C. § 1915(g), nor does
4  he make any showing suggesting that he is under imminent danger of serious physical injury and
5  qualifies to proceed in forma pauperis in this action on that basis.
6      Accordingly,
7      1.  The November 1, 2016 findings and recommendations (Doc. No. 8) are adopted in
8          full;
9      2.  Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is denied; and
10     3.  Plaintiff shall pay the $400 filing fee within fourteen days of service of this order.
11         Plaintiff's failure to pay the filing fee or otherwise respond to this order will result in a
12         dismissal of this action.
13 IT IS SO ORDERED.
14    Dated:  **January 5, 2017**
15                                                    UNITED STATES DISTRICT JUDGE